**Electronically Filed
Supreme Court
SCWC-11-0001060
10-NOV-2015
08:37 AM**

SCWC-11-0001060

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANTHONY K. SELVAGE, Respondent/Plaintiff-Appellee,

vs.

LAURA MOIRE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001060; FC-D NO. 08-1-0252)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Laura Moire's application for writ of certiorari filed on September 29, 2015, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 10, 2015.

Samuel P. King, Jr.,
for petitioner

Peter Van Name Esser
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

